March 24, 1975.

No. State 200.  JOHNSON, Plaintiff in error, v. STATE, Defendant in error.

For the plaintiff in error: *David S. Berman*, Legal Aid Society of Milwaukee.  For the defendant in error: *Bronson C. La Follette*, attorney general, and *William L. Gansner*, assistant attorney general.

Order affirmed.